Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         tom.kerr@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP, INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>                         Plaintiffs,<br><br>        v.<br><br>CHARLES AVERY,<br>                         Defendant. | CASE NO. 2:06-CV-02541-WBS-EFB<br><br>**Honorable William B. Shubb**<br><br>*EX PARTE* **APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER** |

Plaintiffs hereby request that the Court continue the initial scheduling conference currently set for February 12, 2007, at 1:30 p.m. to May 7, 2007, 2007.  Plaintiffs filed their complaint in this matter on November 14, 2006.  Defendant was served with the summons and complaint on December 1, 2006, by personal service.  Defendant failed to answer or otherwise respond to the complaint.  The clerk of this Court entered default against Defendant on January 12, 2007.  Accordingly, along with this application, Plaintiffs have filed a motion for default judgment by the Court against Defendant.  Plaintiffs therefore respectfully request that the Court continue the initial scheduling conference currently set for February 12, 2007, at 1:30 p.m. to May 7, 2007.

DATED:  January 29, 2007
THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____/s/ *Thomas Kerr* _____
    Thomas M. Kerr
    Attorney for Plaintiffs

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the initial scheduling conference currently set for February 12, 2007, at 1:30 p.m. is continued to May 7, 2007 at 1:30 p.m..

Dated:  February 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

PROOF OF SERVICE
CASE NO. 2:06-CV-02541-WBS-EFB
#27881 v1