1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        tom.kerr@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP,
7  INC.; WARNER BROS. RECORDS INC.;
   CAPITOL RECORDS INC.; VIRGIN
8  RECORDS AMERICA, INC.; UMG
   RECORDINGS, INC.; SONY BMG
9  MUSIC ENTERTAINMENT; and ARISTA
   RECORDS LLC
10

11                UNITED STATES DISTRICT COURT
12               EASTERN DISTRICT OF CALIFORNIA
                      SACRAMENTO DIVISION
13

14  ELEKTRA ENTERTAINMENT GROUP, INC.,   CASE NO. 2:06-CV-02541-WBS-EFB
    a Delaware corporation; WARNER BROS.
15  RECORDS INC., a Delaware corporation;   Honorable William B. Shubb
    CAPITOL RECORDS INC., a Delaware
16  corporation; VIRGIN RECORDS AMERICA,   *EX PARTE* APPLICATION TO VACATE
    INC., a California corporation; UMG       INITIAL SCHEDULING CONFERENCE
17  RECORDINGS, INC., a Delaware corporation;   AND [PROPOSED] ORDER
    SONY BMG MUSIC ENTERTAINMENT, a
18  Delaware general partnership; and ARISTA
    RECORDS LLC, a Delaware limited liability
19  company,
20                                Plaintiffs,
21          v.
22
23  CHARLES AVERY,
                         Defendant.
24
25
26
27
28

*EX PARTE* APPLICATION
CASE NO. 2:06-CV-02541-WBS-EFB
#29461 v1

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiffs hereby request that the Court continue the initial scheduling conference currently

2  set for May 16, 2007, at 1:30 p.m. to July 16, 2007.  Plaintiffs filed their complaint in this matter on

3  November 14, 2006.  Defendant was served with the summons and complaint on December 1, 2006,

4  by personal service.  Defendant failed to answer or otherwise respond to the complaint.  The clerk of

5  this Court entered default against Defendant on January 12, 2007.  Accordingly, on January 29,

6  2007, Plaintiffs filed their motion for default judgment by the Court.  In accordance with the local

7  rules, this hearing is set before Honorable Magistrate Edmund F. Brennan for May, 16, 2007.

8  Therefore, no scheduling conference is necessary at this time.  Plaintiffs therefore respectfully

9  request that the Court continue the initial scheduling conference currently set for May 16, 2007, at

10 1:30 p.m. to July 16, 2007.

11 Dated:  April 18, 2007                    THOMAS M. KERR

12                                           HOLME ROBERTS & OWEN LLP

13

14                                           By:  ___/s/ Thomas M. Kerr_____

15                                                Thomas M. Kerr
                                                 Attorney for Plaintiffs

16

17

18                                 **ORDER**

19    Good cause having been shown:

20    **IT IS ORDERED** that the initial scheduling conference currently set for May 7, 2007, at

21 1:30 p.m. is hereby continued to July 16, 2007 **at 2:00 p.m.**

22

23 Dated:  April 20, 2007

24

25                    WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE

26

27

28

1

PDF created with pdfFactory trial version www.pdffactory.com