IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEKTRA ENTERTAINMENT
GROUP, et al.,

    Plaintiffs,                      CIV-S-06-2541 WBS EFB

    vs.

CHARLES AVERY,

    Defendant.                     <u>ORDER</u>

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1). Plaintiffs' motion for entry of default judgment against defendant Charles Avery was ordered submitted without oral argument on May 14, 2007. *See* L.R. 78-230(h).

        On July 11, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The Findings and Recommendations filed July 11, 2007, are adopted in full;

2. Plaintiffs' application for entry of default judgment is granted;

3. A permanent injunction is granted against defendant as follows:

> Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.;

4. Plaintiffs are awarded statutory damages in the amount of $7,750.00, and costs in the amount of $420.00; and,

5. The Clerk is directed to close this case.

DATED:   August 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2